FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 AUG 17 AM 12:00
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANIEL THORNTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE SAVANNAH BANCORP, INC., ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CV411-319 |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of August 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA